# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: PEDRO ENRIQUE CUEVAS NEGRON<br>MARIA MAGDALENA BERRIOS VEGA | Bkrtcy. No. 09-03958-ESL<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: May 15, 2009  Meeting Date: Jun 26, 2009  DC Track No. 19

Days from petition date: 42  Meeting Time: 1:00 PM

910 Days before Petition: 11/17/2006  ☐ Chapter 13 Plan Date: Jun 16, 2009  ☐ Amended.

This is debtor(s) 1 Bankruptcy petition.  Plan Base: $18,000.00

This is the 1 Scheduled Meeting  Confirmation Hearing Date: Aug 05, 2009  Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:  Ck/MO No. / Date / Amount  Total Paid In: $300.00 ✓

### I. Appearances:
- ☑ Debtor Present  ☐ Telephone  ☐ Video Conference  ☐ Creditor(s) present: ☑ None.
- ☑ ID & Soc. OK  ☐ Debtor Absent
- ☑ Joint Debtor Present  ☑ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined  ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present  ☐ Not Present
- ☑ Substitute attorney: Velasco  ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement   Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00   Paid Pre-Petition: $1,430.00   Outstanding: $1,570.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:  ☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under  ☑ Above Median Income.  Liquidation Value: -0-
Commitment Period is ☐ 36  ☑ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: -0-

20%  The Trustee ☑ RECOMMENDS  ☐ OBJECTS  Plan confirmation.
§341 Meeting ☐ CONTINUED  ☐ NOT HELD  ☑ CLOSED
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
_____

Trustee / Presiding Officer   Page 1 of 1   Date: Jun 26, 2009