

# REQUEST FOR DISMISSAL

**ATTORNEY**     Melendez Perez

| | |
|---|---|
| Loan Number | 203951 |
| Debtor | PEDRO CUEVAS-NEGRON |
| Co-Debtor | MARIA BERRIOS-VEGA |
| BKR # | 09-03958    CHPT 13    DATE FILED 5/15/2009 |
| Payments due | 3    Pre-pet 0    Post-pet 3 |
| Due Date | Principal Balance |

**Post- Petition arrears:**

| | | | |
|---|---|---|---|
| 3 | Months at $ 443.13 | $ | 1,329.39 |
| | Months at | $ | - |
| Late Charges at | | $ | 280.66 |
| Legal Cost | | $ | 450.00 |
| Foreclosure Fees | | $ | - |
| Inspections | | $ | 162.50 |
| Bad Chek Fee | | $ | - |
| Other Charges | | $ | - |
| | **TOTAL** | **$** | **2,222.55** |

All reinstallment payments must be made up to the current month, including legal fees & late charges

### Verified Declaration

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Dismissal, represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge.

Name     BANKRUPTCY OFFICER

This Request for Dismissal was prepared    This   19   day of   October   of   2011