

## UNSWORN STATEMENT
## UNDER PENALTY OF PERJURY

The undersigned hereby certifies the following under penalty of perjury:

Debtor (s) Pedro Cuevas Negron / Maria Berrios Vega

- Loan Number: 206951

- Principal balance: $34,382.50

- Monthly late charges: $ 13.29

- Pre-petition arrears and other charges: $ 6,776.62

- Post-petition arrears: $2,222.55

- Other charges: $ .

- Last post-petition installment was received on 08/16/11 applied to 07/01/11

- _____ No post-petition payments have been made.

- Present value interest compounded at 8.50000%, per annum.

This 19 day of October of 2011.

Name: Juan A Benitez
Title: Bankruptcy Officer